JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA, 94612
  Telephone: (510) 637-3691
  Facsimile:  (510) 637-3724
  E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0236 MMC |
| Plaintiff, ) | |
| ) | STIPULATION EXCLUDING TIME |
| v. ) | |
| ) | |
| LUKE D. BRUGNARA and BRUGNARA ) | |
| CORPORATION, ) | |
| Defendants. ) | |

The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Maureen C. Bessette, Assistant U.S. Attorney, and the attorney for defendant Luke D. Brugnara and Brugnara Corporation, hereby agree to and request an exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161, from April 17, 2008, until the next hearing date on this matter on May 14, 2008. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A) because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the parties request this exclusion of time for the defense attorney to conduct an

1   ///

2   investigation, for effective preparation, and for continuity of counsel.

3

4   DATED: April 17, 2008                    Respectfully submitted,

5
                                             JOSEPH P. RUSSONIELLO
6                                            United States Attorney

7
                                             _____/s/_____
8                                            MAUREEN C. BESSETTE
                                             Assistant United States Attorney
9

10
                                             _____/s/_____
11                                           HARRIS TABECK, ESQ.
                                             Attorney for Brugnara Corp. and Luke D. Brugnara
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 08-0236 MMC                                2

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0236 MMC |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| LUKE D. BRUGNARA and BRUGNARA ) CORPORATION, ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties

IT IS HEREBY ORDERED that the time between April 17, 2008 and May , 2007 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) based on the stipulation of the parties that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial, as the additional time is necessary for effective preparation and investigation by the defense attorney and continuity of counsel.

DATED: April __, 2008

———————————————
The Honorable James Larson
U.S. Magistrate Judge

CR 08-0236 MMC