UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: _MAY 1 4 2008_

Case No. _CR-08-0236 MMC._

_LUKE D. BRUGNARA_
_BRUGNARA CORPORATION_
DEFENDANT

JUDGE: **Maxine M. Chesney**

Present (✓) Not Present ( ) In Custody ( )

_Narmeen Dosouho_
U.S. ATTORNEY

_Charles Axelrod_
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: _Katherine Powell_

## PROCEEDINGS

REASON FOR HEARING _Initial Status/Trial Setting Conference_

RESULT OF HEARING _Govt is in the process of producing_
_Discovery materials to d's counsel._
_D's appearance is waived re._
_7/30/08 hearing._

Case continued to _7/30/08 @ 2:30_ for Further Status. /Trial setting
Case continued to _____ for Motions.
        (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _Preparation of Counsel._ Begins _____ Ends _7/30/08_