1    HARRIS B. TABACK, California Bar No. 111017
     LAW OFFICES OF HARRIS B. TABACK
2    345 Franklin Street, Suite. 102
     San Francisco, CA  94102
3    (415) 241-1400

4    Attorney for Defendant
     LUKE D. BRUGNARA and
5    BRUGNARA CORPORATION

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,       )   Case No.  CR08 - 0236 MMC
                                 )
12             Plaintiff,         )
                                 )   STIPULATED REQUEST TO
13    vs.                         )   CONTINUE THE STATUS
                                 )   CONFERENCE AND EXCLUDE
14    LUKE D. BRUGNARA and        )   TIME AND PROPOSED ORDER
       BRUGNARA CORPORATION,      )
15                                    )
              Defendants.       )
16

17        Defendants, LUKE D. BRUGNARA and BRUGNARA CORPORATION, by and through

18 their Counsel, Harris B. Taback, and the United States, by Counsel Maureen C. Bessett, stipulate and

19 agree that the currently-set status conference in the above referenced case on July 30, 2008, should

20 be continued to October 1, 2008, at 2:30 p.m.  The parties further stipulate that the time period from

21 July 30, 2008, up to and including the new status conference date of October 1, 2008, should be

22 excluded from computation of the time for commencement of trial under the Speedy Trial Act, based

23 upon the need for defense counsel to complete a complex investigation (several of the issues that

24 need further investigation were recently brought to defense Counsel's attention in newly provided

25 discovery from the United States), explore the possibility of globally resolving three pending

26 criminal cases (the present offenses, a federal tax case against BRUGNARA that is before Judge

27 Alsup and a state case in San Jose that charges similar environmental misdemeanors); and for

28 continuity of Counsel – that is, both Counsel for Defendants and the government have vacations

planned during the summer.  Counsel for Defendants has a trip planned from September 4, 2008 to September 22, 2008.  Counsel for the United States is on vacaation from August 16, 2008 to September 3, 2008.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case, prepare for trial in this case and, in addition, we all respectfully submit that failure to grant the continuance would unreasonably deny the Defendants continuity of Counsel.  The parties agree that the requested time be excluded in the interests of justice under 18 U.S.C. S 3161 (h) (8) (B) (iv) and that the ends of justice served by excluding time from July 30, 2008 to October 1, 2008, outweigh the best interests of the public and the Defendants in a speedy trial.  Id. Section 3161 (h) (A).

Respectfully Submitted,


DATED:        July 24, 2008              By: /s/ Harris B. Taback
                                         LAW OFFICES OF HARRIS B. TABACK
                                         Attorney for LUKE D. BRUGNARA
                                         And BRUGNARA CORPORATION


DATED:        July 24, 2008              By: /s/ Maureen C. Bessett
                                         ASSISTANT UNITED STATES ATTORNEY