1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>LUKE D. BRUGNARA and )<br>BRUGNARA CORPORATION, )<br><br>Defendants. ) | Case No.  CR08 - 0236 MMC<br><br><br>~~PROPOSED~~ ORDER |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the Status Hearing in the

above referenced case currently scheduled for July 30, 2008 at 2:30 pm. is vacated and rescheduled

to October 1, 2008 at 2:30 p.m.  It is also ordered that the time from July 30, 2008 to ~~August~~ October 1, 2008

is excluded under the Speedy Trial Act.  See 18 U.S.C. 3161 (h) (8) (B) (iv) and 18 U.S.C. 3161 (h)

(A).

The Court finds that the excludable time is necessary to give defense counsel adequate time

to investigate and prepare for trial and to allow for both further settlement discussions as well as

continuity of Counsel.  Further, the ends of justice served by excluding the time from July 30, 2008

to October 1, 2008, outweigh the best interests of the public and the Defendants' in a speedy trial.

IT IS SO ORDERED.

DATED: July  25  , 2008

THE HONORABLE MAXIME C. CHESNEY

UNITED STATES DISTRICT COURT JUDGE

THE HONORABLE MAXINE M. CHESNEY