```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Facsimile:  (510) 637-3724
   E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0236 MMC |
| )  Plaintiff, ) | |
| ) | STIPULATION EXCLUDING TIME |
| v. ) | |
| ) | |
| LUKE D. BRUGNARA and BRUGNARA ) CORPORATION, ) | |
| ) Defendants. ) | |

The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Maureen C. Bessette, Assistant U.S. Attorney, and the attorney for defendant Luke D. Brugnara and Brugnara Corporation, hereby agree to and request the next hearing in this matter be moved from October 1, 2008 to October 22, 2008, and request an exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161, from October 1, 2008 until October 22, 2008, as AUSA Bessette will be in trial. The parties agree and stipulate that the time should be excluded for continuity of counsel under Title 18, United States Code, Section 3161(h)(8)(B)(iv) and because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a

///

1  speedy trial.

2

3  DATED: August 13, 2008              Respectfully submitted,

4
                                       JOSEPH P. RUSSONIELLO
5                                      United States Attorney

6
                                              /s/
7                                      MAUREEN C. BESSETTE
                                       Assistant United States Attorney
8

9
                                              /s/
10                                     HARRIS TABECK, ESQ.
                                       Attorney for Brugnara Corp. and Luke D. Brugnara
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 08-0236 MMC                         2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0236 MMC |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LUKE D. BRUGNARA and BRUGNARA CORPORATION, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties

IT IS HEREBY ORDERED that the time between October 1, 2008 until October 22, 2008 be excluded for continuity of counsel under Title 18, United States Code, Section 3161(h)(8)(B)(iv) based on the stipulation of the parties that AUSA Bessette will be in trial and that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August __, 2008

The Honorable Maxine Chesney
U.S. District Court Judge

CR 08-0236 MMC