UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0236 MMC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| LUKE D. BRUGNARA and BRUGNARA ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, ~~in that it is~~ from the stipulation of the parties ,

IT IS HEREBY ORDERED that the time between October 1, 2008 until October 22, 2008 be excluded for continuity of counsel under Title 18, United States Code, Section 3161(h)(8)(B)(iv) based on the stipulation of the parties that AUSA Bessette will be in trial and that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial.

The Status Conference is continued from October 1, 2008 to October 22, 2008.

DATED: August 19, 2008     _____
The Honorable Maxine Chesney
U.S. District Court Judge

CR 08-0236 MMC